1  MICHAEL J. MCCUE (SBN: 296425)
   Email: MMcCue@LRRLaw.com
2  AARON D. JOHNSON (SBN: 261747)
   Email: ADJohnson@LRRLAW.com
3  Lewis Roca Rothgerber LLP
   4300 Bohannon Drive
4  Menlo Park, CA 94025
   (650) 391-1380 (Tel.)
5  (702) 391-1395 (Fax)

6  Attorneys for Plaintiffs
   RESTORATION HARDWARE, INC.
7  RH US, LLC

8          **UNITED STATES DISTRICT COURT**

9        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  RESTORATION HARDWARE, INC., a          Civil Case No.: 3:15-cv-00918
    Delaware corporation, and RH US, LLC,
    a Delaware limited liability company,

12

13                    Plaintiffs,          **COMPLAINT**

      vs.

14

15  PHX LIGHTING, LLC, a Louisiana
    limited liability company,

16

                      Defendant.

17

18      Plaintiffs Restoration Hardware, Inc. and RH US, LLC (collectively, "RH")

19  allege the following:

20                   **NATURE OF THIS ACTION**

21      1.    This is an action for copyright infringement and patent infringement

22  arising out of Defendant's use of RH's copyrighted images on Defendant's website

23  to sell knockoffs of RH products.

24                          **PARTIES**

25      2.    Plaintiff Restoration Hardware, Inc. is a Delaware corporation whose

26  principal place of business is located at 15 Koch Road, Corte Madera, California,

27  94925.

28      3.    Plaintiff RH US, LLC is a Delaware limited liability company whose

1

**LEWIS ROCA ROTHGERBER** 3993 Howard Hughes Parkway Suite 600 Las Vegas, NV 89169-5996

principal place of business is located at 15 Koch Road, Corte Madera, California, 94925.

4.     Defendant PHX Lighting LLC is a Louisiana limited liability company whose principal place of business is located at 1900 Perdido Street, Apartment C94, New Orleans, Louisiana, 70112.

## JURISDICTION AND VENUE

5.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 because this action involves claims for copyright infringement arising under the Copyright Act of 1976, as amended, 17 U.S.C. § 101, *et seq.*, and for patent infringement arising under the Patent Act, 35 U.S.C. § 1, *et seq*.

6.     This Court has personal jurisdiction over Defendant because Defendant purposefully, willfully, and/or intentionally infringed upon RH's  copyrights and design patents by using RH's copyrighted photographs on its website to sell knockoffs of RH products. Upon information and belief, Defendant used the copyrighted images and patented designs with the knowledge that Plaintiffs are located in California and that RH would likely suffer injury or harm resulting from the infringement in California. Indeed, Defendant continued its infringing conduct despite notice from RH. Upon information and belief, Defendant has purposefully directed its tortious conduct and activities at California, and RH's claims arise out of such conduct and activities. The exercise of personal jurisdiction is thus reasonable.

7.     Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2) because jurisdiction is not founded solely on diversity of citizenship and a substantial part of the property that is the subject of this action—namely, RH's copyrighted photographs and patented designs—is situated in this judicial district. Venue is proper in the Northern district of this court, San Francisco division.

## INTRADISTRICT ASSIGNMENT

8.     Pursuant to Civil Rule 3-2(c), this is an Intellectual Property Action

2

5374166_2

1  assignable on a district-wide basis.

2  **GENERAL ALLEGATIONS**

3  9.   RH is an innovative and popular luxury brand in the home furnishings
4  marketplace. RH designs, manufactures, and sells a wide variety of home
5  furnishings, including furniture, lighting, bed, bath, hardware, and other products.

6  10.   RH spends a substantial amount of time, money, and effort staging and
7  photographing its products for RH's renowned product catalogs known as "source
8  books," and its website at <rh.com>.   RH's source books and website feature
9  thousands of beautiful photographs showing RH products in upscale and refined
10  settings.

11  11.   RH routinely obtains copyright registrations for its source books. Prior
12  to January 2015, Restoration Hardware, Inc. owned all right, title, and interest in the
13  copyrights of the photographs in RH's source books. In January 2015, Restoration
14  Hardware, Inc. assigned its rights in the photographs to RH US, LLC, and RH US,
15  LLC subsequently granted Restoration Hardware, Inc. a license to use the
16  photographs.

17  12.   RH also possesses substantial patent rights, including the following two
18  design patents, each registered with the United States Patent and Trademark Office:

19  • **US D687,589 S (the "D589 Patent")**

20  Claim: The ornamental design for **a chandelier**, as shown and described.



FIG. 1



FIG. 2

FIG. 3

3

5374166_2

Relevant Description: FIG. 1 is a perspective view of the [sic] an embodiment of a chandelier showing my new design; FIG. 2 is a front view thereof (rear, right and left views being a mirror image); and, FIG. 3 is a bottom plan view thereof.

- **US D659,278 S (the "D278 Patent")**

Claim: The ornamental design for **a chandelier**, as shown and described.



Description: FIG. 1 is a perspective view of a chandelier showing our new design; FIG. 2 is a front elevational view (rear, right side and left side elevational view being the same thereof); and, FIG. 3 is a bottom view thereof. True and accurate copies of the foregoing patents are attached hereto as Exhibit A.

13.     Unscrupulous third parties frequently use RH's photographs from its source books and website to sell knockoffs of RH's products, including products that use or embody RH's patented designs.

14.     Upon information and belief, Defendant owns and operates a web-based lighting business based in New Orleans, Louisiana that sells goods to customers across the United States, including those within this judicial district.

15.     In or about October 2014, RH learned that Defendant was using unauthorized copies of RH's copyrighted photographs (the "Infringing Photographs") to sell knockoffs of RH products, including products using or embodying RH's patented designs (the "Infringing Products").

5374166_2

16.   A  sample  of  RH's  photographs  and  the  corresponding  Infringing Photographs as shown from Defendant's website are set forth in the table below:



3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV  89169-5996

LEWIS ROCA
ROTHGERBER

5

| RH Images | PHX Lighting Images |
|---|---|
|  |  |

17.    On October 15, 2014, RH sent a cease and desist letter to Defendant demanding that it, among other things, cease infringing RH's intellectual property, including RH's patents and copyrights, provide documentation of the source of the products at issue, provide an accounting of sales, and pay RH a reasonable amount for use of each of the copyrighted photographs at issue.

18.    Defendant failed to respond.

19.    On November 4, 2014, RH sent a second cease and desist letter to Defendant, reiterating its demands.

20.    Again, Defendant failed to respond.

21.    RH later discovered that Defendant had started selling additional products that infringe RH's intellectual property rights.

22.    On November 17, 2014, RH sent a third cease and desist letter to Defendant, reiterating its initial demands and further demanding that Defendant cease selling the additional products.

23.    Defendant responded on December 1, 2014, admitting use of RH's photographs and stating that they had been removed from Defendant's website, but ignoring RH's other allegations and demands.

24.    With no other remaining options, RH now brings this action.

///

///

///

///

6

5374166_2

LEWIS ROCA
ROTHGERBER

3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996

## COUNT I
### (Copyright Infringement
### under 17 U.S.C. § 501 *et seq.*)

25.     RH incorporates the allegations in foregoing paragraphs as though fully set forth herein.

26.     RH owns copyrights in the RH photographs identified above, including pending U.S. Copyright applications for the source books and website containing the photographs at issue, which applications were duly filed with the U.S. Copyright Office with the appropriate fees having been paid.

27.     Defendant infringed RH's copyrights by copying and publicly displaying copies of RH's photographs on Defendant's website.

28.     Plaintiffs did not authorize Defendant's copying or public display of the photographs.

29.     Defendant's conduct was willful within the meaning of the Copyright Act.

## COUNT II
### (Patent Infringement
### under 35 U.S.C. § 1, *et seq.*)

30.     RH incorporates the allegations in foregoing paragraphs as though fully set forth herein.

31.     RH owns the D589 and D278 design patents in the designs identified above (the "RH Patents").

32.     Defendant infringed the RH Patents by making, using, offering to sell, selling, and/or importing into the United States products that embody or use the designs claimed in the RH Patents.

33.     RH did not authorize Defendant's conduct.

34.     Defendant's conduct was knowing, intentional, and willful, making this an exceptional case.

## PRAYER FOR RELIEF

WHEREFORE, RH requests that the Court enter:

5374166_2

A.    A preliminary and permanent injunction prohibiting Defendant and its officers, agents, servants, and those persons in active concert or participation with them from directly or indirectly infringing RH's rights in the copyrighted photographs and patented designs;

B.    Judgment in favor of RH and against Defendant for, at RH's election, actual damages in amount to be determined at trial, together with the profits derived from Defendant's copyright infringement, or statutory damages for each violation under 17 U.S.C. § 504;

C.    Judgment in favor of RH and against Defendant for damages adequate to compensate RH for Defendant's infringment of the RH Patents, wich shall be trebled as a result of Defendant's willful patent infringement, pursuant to 35 U.S.C. § 284, or an award of Defendant's profits from its infringements pursuant to 35 U.S.C. § 289, whichever is greater, together with prejudement interest and costs;

D.    Judgment in favor of RH and against Defendant for RH's costs and attorneys' fees incurred in this action, pursuant to 17 U.S.C. § 505 and 35 U.S.C. § 285; and

E.    Judgment in favor of RH and against Defendant for such other relief as the Court deems just, equitable, and proper.

Respectfully submitted,

Dated: February 27, 2015          By:   /s/ Michael J. McCue
                                       MICHAEL J. MCCUE
                                       AARON D. JOHNSON
                                       Lewis Roca Rothgerber LLP
                                       3993 Howard Hughes Parkway, Suite 600
                                       Las Vegas, Nevada 89169-5996
                                       (702) 949-8200 (Tel.)
                                       (702) 949-8398 (Fax)

                                       Attorneys for Plaintiffs
                                       RESTORATION HARDWARE, INC.
                                       RH US, LLC

LEWIS ROCA
ROTHGERBER

3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV  89169-5996

5374166_2